**FILED**

06/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0323



# IN THE SUPREME COURT OF THE STATE OF MONTANA

**OP 23 - 0323**

TRAVIS LEE OWENS

    Petitioner,

v.

CAPTAIN JASON KOWALSKI.,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: June 9, 2023.

**FILED**

JUN 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
BOWEN GREENWOOD
Clerk of the Supreme Court